Cristina Platon Camarata / TBN 16061560
Michael J. Burns / TBN 24054447
Sammy P. Hooda / TBN 24064032
Buckley Madole, P.C.
P. O. Box 829009
Dallas, Texas 75382-9009
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BuckleyMadole.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 711-70328-HDH-13 |
| SHERRY JEAN MURRAY | § | |
| DEBTOR(S) | § | CHAPTER 13 |
| | § | |
| | § | |
| | § | |

**NOTICE OF TERMINATION OF AUTOMATIC STAY
DUE TO FAILURE TO CURE DEFAULT**

1. An Agreed Order Modifying Automatic Stay was entered with the Court (the "Agreed Order"). Debtor(s) has failed to comply with the terms of the Agreed Order and Debtor(s) was notified of the default pursuant to the terms of the Agreed Order. Debtor(s) failed to cure the default.

2. In accordance with the Agreed Order, the automatic stay has been terminated with respect to Wells Fargo Bank, N.A., its successors and/or assigns.

                                                        Respectfully submitted,
                                                        Buckley Madole, P.C.

                                                        /s/ Michael J. Burns
                                                        Cristina Platon Camarata / TBN 16061560
                                                        Michael J. Burns / TBN 24054447
                                                        Sammy P. Hooda / TBN 24064032
                                                         Attorneys and Counselors
                                                        P. O. Box 829009
                                                        Dallas, Texas 75382-9009
                                                        (972) 643-6600
                                                        (972) 643-6698 (Telecopier)
                                                        E-mail: BkcyAttorneys@BuckleyMadole.com
                                                        Attorney for Wells Fargo Bank, N.A.

NOTICE OF TERMINATION                                                                  1
NOT_NtcOfTerm0
5905-N-0225

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 29th day of October 20 13.

Debtor's Attorney
Monte J. White
Monte J. White & Associates, P.c.
1106 Brook Avenue Hamilton Place
Wichita Falls, TX 76301

Debtor
Sherry Jean Murray
4407 Cunningham Dr
Wichita Falls, Texas 76308

Codebtor
Troy G. Murray
4407 Cunningham Drive
Wichita Falls, Texas 76308

US Trustee
US Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

Chapter 13 Trustee
Walter O'Cheskey
6308 Iola Avenue
Lubbock, Texas 79424


      711-70328-HDH-13                                            /s/ Michael J. Burns
                                                                      Cristina Platon Camarata
                                                                      Michael J. Burns
                                                                      Sammy P. Hooda